IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| MACARIO HUDSON, | : | |
| Plaintiff, | : | |
| | : | No. 3:25-cv-00017-CDL-AGH |
| v. | : | |
| | : | |
| WALTON COUNTY JAIL, *et al.*, | : | PROCEEDINGS UNDER 42 U.S.C. § 1983 |
| | : | BEFORE THE U.S. MAGISTRATE JUDGE |
| Defendants. | : | |

### ORDER

*Pro se* Plaintiff Macario Hudson, an inmate in the Walton County Jail in Monroe, Georgia, filed a 42 U.S.C. § 1983 complaint. ECF No. 1. Plaintiff also requested leave to proceed *in forma pauperis*. ECF Nos. 2 and 5. On April 10, 2025, the Court granted Plaintiff's motions to proceed *in forma pauperis* and ordered Plaintiff to pay an initial partial filing fee of $31.06. ECF No. 6. Plaintiff was given fourteen days to pay the fee. *Id*. He was informed that failure to comply with an order of the court may result in dismissal of his complaint. *Id*. Plaintiff failed to respond.

Therefore, on May 13, 2025, the Court notified Plaintiff that it had not received a response and ordered him to show cause why his action should not be dismissed for failure to comply with this Court's order. ECF No. 7. The Court again specifically informed Plaintiff that his action could be dismissed if he failed to respond or otherwise pay the fee. *Id*. Plaintiff has again failed to respond.

Because Plaintiff has failed to comply with the Court's orders or otherwise prosecute his case, his complaint is **DISMISSED WITHOUT PREJUDICE**. *See* Fed.

R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED,** this 12th day of June, 2025.

S/Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA